UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-mj-00046-LRL |
| ) Plaintiff, ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| Leon Michael Shields, ) | |
| ) Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on February 26, 2004.

DATED this 18th day of October, 2010.

DANIEL G. BOGDEN
United States Attorney

/s/
RUSSELL E. MARSH
Assistant United States Attorney
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  31st  day of  March, 2011.

United States Magistrate Judge